UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY BRADFORD BULLOCK, | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:16CV936 RLW |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Movant Larry Bradford Bullock's Motion for Additional Time to File Supplemental Brief in Support (ECF No. 4) and Respondent United States of America's Motion for Extension of Time to File Response to Motion to Vacate (ECF No. 3). On June 22, 2016, Movant filed a motion to vacate under 28 U.S.C. § 2255, seeking a reduction in his sentence in case number 4:13CR198 RLW pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015). Movant also requested additional time to file a supplemental brief in support of his motion. (ECF No. 1) On June 23, 2016, this Court issued a Memorandum and Order setting forth the deadlines for filing a Resentence Report in the criminal case, objections or acceptance of the Resentence report in the criminal case, and briefing the § 2255 motion in this case. The Court also granted movant an additional 45 days to file his brief. (ECF No. 2)

On August 3, 2016, the United States Probation Office filed a Resentencing Report, and the Government filed its acceptance of that report on August 15, 2016. Movant did not file a timely response to the initial Resentencing Report in the criminal case. On August 24, 2016, the Probation Office filed its Final Resentencing Report. The following day, the Government filed a motion for extension of time to respond to the § 2255 motion, stating that it required additional

time to address the motion, as movant did not file objections to the Resentence Report, and the Government did not know what additional arguments movant planned to make. Movant filed his motion for additional time shortly thereafter. Movant requests additional time to file his brief in support of the § 2255 motion, and he also requests additional time to file objections to the Resentence Report in the criminal matter.[1] In light of the motions by both parties, the Court sets forth the following schedule:

**IT IS HEREBY ORDERED** that Movant Larry Bradford Bullock's Motion for Additional Time to File Supplemental Brief in Support (ECF No. 4) is **GRANTED**, and movant shall file, in the criminal case, objections to the Resentence Report or a statement that he has no objections no later than **September 26, 2016**.

**IT IS FURTHER ORDERED** that movant shall file, in this case, a brief in support of his § 2255 motion to vacate no later than **September 26, 2016**.

**IT IS FURTHER ORDERED** that the Government's Motion for Extension of Time to File Response to Motion to Vacate (ECF No. 3) is **GRANTED**, and the Government shall file, in this case, a response to the motion to vacate no later than **October 11, 2016**.

**IT IS FURTHER ORDERED** that any reply to the Government's response to the motion to vacate shall be filed, in this case, no later than **October 25, 2016**.

Dated this 26th day of August, 2016.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that a request for additional time to object to the Resentence Report should have been filed in the criminal case. However, the Court will address both requests for additional time in the civil matter, as the original Order pertaining to filing deadlines was entered in the § 2255 case.

2